LAURIE E. SHERWOOD, State Bar No. 155312
lsherwood@wfbm.com
KATHERINE P. GARDINER, State Bar No. 215542
kgardiner@wfbm.com
WFBM, LLP
Attorneys at Law
601 Montgomery Street, Ninth Floor
San Francisco, California 94111-2612
Telephone:   (415) 781-7072
Facsimile:    (415) 391-6258

ALISON LUNGSTRUM MACNEILL, Colo. Bar No. 51689
(*pro hac vice* to be filed)
Alison@campbell-litigation.com
CAMPBELL LITIGATION, P.C.
1410 N. High St.
Denver, CO 80218
Telephone: (303) 536-1833

Attorneys for Defendants Fidelity Workplace Services LLC
(incorrectly named as "Fidelity Investments") and
AT&T Services, Inc. (incorrectly named as "AT&T")

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY SMITH JR., | Case No. |
| Plaintiff, | **DECLARATION OF KATHERINE P. GARDINER IN SUPPORT OF NOTICE OF REMOVAL BY DEFENDANTS** |
| v. | |
| AT&T, FIDELITY INVESTMENTS, | |
| Defendants. | |

I, Katherine P. Gardiner, do hereby declare and state:

1.     I am an attorney admitted to practice law before all courts of the state of California and the United States District Court of the Northern District of California. I am a partner in the law firm of WFBM, LLP, and I am one of the attorneys responsible for the representation of Defendants in this matter. I make this declaration in support of Defendants' Notice of Removal. Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a

WALSWORTH
601 MONTGOMERY STREET, NINTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-2612
TEL (415) 781-7072 • FAX (415) 391-6258

5579996.1

DECLARATION OF KATHERINE P. GARDINER IN SUPPORT OF NOTICE OF REMOVAL BY DEFENDANTS

witness, I could and would testify competently thereto.

2.      Attached hereto as **Exhibit A** is a true and correct copy of all process, pleadings, and orders served upon Defendants AT&T Services, Inc. and Fidelity Workplace Services LLC which comprises of a Claim.

3.      Defendants AT&T Services, Inc. and Fidelity Workplace Services LLC were served on April 26, 2021. Attached hereto as **Exhibit B** is a true and correct copy of the Notice to State Court Filing Notice of Removal to Federal Court, with a copy of the Notice of Removal, that will be filed in the Superior Court of California, County of Alameda and served on Plaintiff pursuant to 28 U.S.C. § 1446(d).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 25th day of May, 2021, at San Francisco, Ca*lifornia.*

*/s / Katherine P.Gardiner*
Katherine P. Gardiner

WALSWORTH

601 MONTGOMERY STREET, NINTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-2612
TEL: (415) 781-7072 • FAX (415) 391-6258

5579996.1

DECLARATION OF KATHERINE P. GARDINER IN SUPPORT OF NOTICE OF REMOVAL BY DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May, 2021, a copy of the foregoing document has been served via ECF upon all counsel of record in the Court's electronic filing system.

Dated:  May 25, 2021                    Respectfully submitted,


By:   */s/ Katherine P. Gardiner*
KATHERINE P. GARDINER
State Bar No. 215542
kgardiner@wfbm.com
WFBM, LLP
Attorneys at Law
One Sansome Street, Suite 1800
San Francisco, California 94104-4461
Telephone:   (415) 781-7072
Facsimile:    (415) 391-6258
Attorneys for Defendants Fidelity
Workplace Services LLC (incorrectly
named as "Fidelity Investments") and
AT&T Services, Inc. (incorrectly named as
"AT&T")

WALSWORTH

601 MONTGOMERY STREET, NINTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-2612
TEL: (415) 781-7072 • FAX (415) 391-6258

5579996.1

DECLARATION OF KATHERINE P. GARDINER IN SUPPORT OF NOTICE OF REMOVAL BY DEFENDANTS

Exhibit A

03-16-21;04:44PM;Varlack Legal Services          Fax Filing Regular;5103972997          # 5/ '2

PLD-C-001

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Tiega-Noel Varlack, Esq. (SBN 248203)<br>VARLACK LEGAL SERVICES<br>225 W. Winton Avenue, Suite 207<br>Hayward, CA 94544<br><br>TELEPHONE NO.: (510)-397-2008   FAX NO. *(Optional):* (510)-397-2997<br>E-MAIL ADDRESS *(Optional):* tiega@varlacklegal.com<br>ATTORNEY FOR *(Name):* Plaintiff, Timothy Smith Jr. | **FILED BY FAX**<br>**ALAMEDA COUNTY**<br>March 17, 2021<br>**CLERK OF**<br>**THE SUPERIOR COURT**<br>By Keisha Ghee, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 24405 Amador Street
MAILING ADDRESS: 24405 Amador Street
CITY AND ZIP CODE: Hayward, 94544
BRANCH NAME: Hayward Hall of Justice

PLAINTIFF: Timothy Smith Jr.

DEFENDANT: AT&T ; FIDELITY INVESTMENTS

[X] DOES 1 TO 10

CASE NUMBER:
**HG21092143**

---

**CONTRACT**

| | |
|---|---|
| [X] COMPLAINT | [ ] AMENDED COMPLAINT *(Number):* |
| [ ] CROSS-COMPLAINT | [ ] AMENDED CROSS-COMPLAINT *(Number):* |

| | |
|---|---|
| **Jurisdiction** *(check all that apply):*<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>   Amount demanded [ ] does not exceed $10,000<br>          [ ] exceeds $10,000 but does not exceed $25,000<br>[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint<br>      [ ] from limited to unlimited<br>      [ ] from unlimited to limited | CASE NUMBER: |

1. Plaintiff *(name or names):*
   Timothy Smith Jr.

   alleges causes of action against defendant* *(name or names):*
   AT&T ; FIDELITY INVESTMENTS

2. This pleading, including attachments and exhibits, consists of the following number of pages: 4

3. a. Each plaintiff named above is a competent adult
      [ ] except plaintiff *(name):*
         (1) [ ] a corporation qualified to do business in California
         (2) [ ] an unincorporated entity *(describe):*
         (3) [ ] other *(specify):*
   b. [ ] Plaintiff *(name):*
      a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*

      b. [ ] has complied with all licensing requirements as a licensed *(specify):*
   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
      [X] except defendant *(name):*AT&T
         (1) [X] a business organization, form unknown
         (2) [ ] a corporation
         (3) [ ] an unincorporated entity *(describe):*

         (4) [ ] a public entity *(describe):*

         (5) [ ] other *(specify):*

      [ ] except defendant *(name):* FIDELITY INVESTMENTS
         (1) [✓] a business organization, form unknown
         (2) [ ] a corporation
         (3) [ ] an unincorporated entity *(describe):*

         (4) [ ] a public entity *(describe):*

         (5) [ ] other *(specify):*

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.          Page 1 of 3

**EXHIBIT A**

**PLD-C-001**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Smith v. AT&T and DOES 1- 10 | |

4. *(Continued)*
    b.  The true names of defendants sued as Does are unknown to plaintiff.
        (1) ☒ Doe defendants *(specify Doe numbers):* 1-5        were the agents or employees of the named
             defendants and acted within the scope of that agency or employment.
        (2) ☒ Doe defendants *(specify Doe numbers):* 6-10        are persons whose capacities are unknown to
             plaintiff.
    c.  ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.
    d.  ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5.  ☐ Plaintiff is required to comply with a claims statute, **and**
    a.  ☐ has complied with applicable claims statutes, *or*
    b.  ☐ is excused from complying because *(specify):*

6.  ☐ This action is subject to    ☐ Civil Code section 1812.10    ☐ Civil Code section 2984.4.
7.  This court is the proper court because
    a.  ☒ a defendant entered into the contract here.
    b.  ☐ a defendant lived here when the contract was entered into.
    c.  ☐ a defendant lives here now.
    d.  ☐ the contract was to be performed here.
    e.  ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.
    f.  ☐ real property that is the subject of this action is located here.
    g.  ☐ other *(specify):*

8.  The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
    ☒ Breach of Contract
    ☒ Common Counts
    ☐ Other *(specify):*

9. ☒ Other allegations:

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a.  ☒ damages of: $ *TBD*
    b.  ☐ interest on the damages
        (1) ☐ according to proof
        (2) ☐ at the rate of *(specify):*      percent per year from *(date):*
    c.  ☐ attorney's fees
        (1) ☐ of: $
        (2) ☐ according to proof.
    d.  ☐ other *(specify):*

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 03/14/2021

Tiega-Noel Varlack, Esq.
      (TYPE OR PRINT NAME)

▶ _(signature)_
      (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

**EXHIBIT A**

PLD-C-001(1)

| SHORT TITLE:<br>Smith v. AT&T | CASE NUMBER: |
|---|---|

First_____   **CAUSE OF ACTION—Breach of Contract**
   (number)

ATTACHMENT TO   [✓] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

BC-1.  Plaintiff *(name):*  Timothy Smith Jr.

   alleges that on or about *(date):*  12/31/2007

   a  [ ] written  [ ] oral  [✓] other *(specify):*  an ongoing defined contribution plan
   agreement was made between *(name parties to agreement):*
   Plaintiff as beneficiary and Defendant

   [ ]  A copy of the agreement is attached as Exhibit A, or
   [✓]  The essential terms of the agreement   [ ] are stated in Attachment BC-1   [ ] are as follows *(specify):*

   Plaintiff's spouse (deceased) had an agreement to contribute, and the employer (Defendant ATT)
   put the money into an account on the employee's behalf. The employee contributes a fixed
   percentage of their pay or a specific dollar amount. Contributions were deducted from the
   employee's paychecks and placed into the account automatically.

BC-2.  On or about *(dates):*  12/31/2007
   defendant breached the agreement by   [ ] the acts specified in Attachment BC-2   [✓] the following acts
   *(specify):*

   transferring out $21,318.43 from the account unbeknownst to Plaintiff. Because Plaintiff's
   claims for: Breach of Contract and Common counts would be barred without the benefit of the
   discovery rule he specifically pleads the following facts to show (1) the time and manner of
   discovery and (2) the inability to have made earlier discovery: see attached mc-025

BC-3.  Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or
   excused from performing.

BC-4.  Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
   [ ]  as stated in Attachment BC-4   [✓] as follows *(specify):*
   1. general damages, including, without limitation, for physical harm and mental and emotional
   distress according to proof (on the applicable cases of action as plead above);
   2. compensatory damages in the form of lost money and opportunities.

BC-5.  [ ]  Plaintiff is entitled to attorney fees by an agreement or a statute
         [ ]  of $
         [ ]  according to proof.
BC-6.  [ ]  Other:

Page ___3___

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev. January 1, 2007]

**CAUSE OF ACTION—Breach of Contract**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

EXHIBIT A

PLD-C-001(2)

| SHORT TITLE:<br>Smith v. AT&T | CASE NUMBER: |
|---|---|

<u>Second</u>       **CAUSE OF ACTION—Common Counts**
*(number)*

ATTACHMENT TO  [✓] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

CC-1. Plaintiff *(name)*:   Timothy Smith Jr.

    alleges that defendant *(name)*:   AT&T and Fidelity Investments

    became indebted to     [✓] plaintiff    [ ] other *(name)*:

   a.  [✓]  within the last four years
       (1) [✓]  on an open book account for money due.
       (2) [ ]  because an account was stated in writing by and between plaintiff and defendant in which it
              was agreed that defendant was indebted to plaintiff.

   b.  [✓]  within the last   [ ] two years   [✓] four years
       (1) [ ]  for money had and received by defendant for the use and benefit of plaintiff.
       (2) [ ]  for work, labor, services and materials rendered at the special instance and request of defendant
              and for which defendant promised to pay plaintiff.
             [ ] the sum of $
             [ ] the reasonable value.
       (3) [ ]  for goods, wares, and merchandise sold and delivered to defendant and for which defendant
              promised to pay plaintiff
             [ ] the sum of $
             [ ] the reasonable value.
       (4) [ ]  for money lent by plaintiff to defendant at defendant's request.
       (5) [ ]  for money paid, laid out, and expended to or for defendant at defendant's special instance and
              request.
       (6) [✓]  other *(specify)*:
            Because Plaintiff's claims for: Breach of Contract and Common counts would be
            barred without the benefit of the discovery rule he specifically pleads the
            following facts to show (1) the time and manner of discovery and (2) the
            inability to have made earlier discovery: see attached mc-025

CC-2. $ 21,318.13                  , which is the reasonable value, is due and unpaid despite plaintiff's demand,
    plus prejudgment interest    [ ] according to proof  [✓] at the rate of     10     percent per year
    from *(date)*: 12/31/20077

CC-3. [ ]  Plaintiff is entitled to attorney fees by an agreement or a statute
         [ ] of $
         [ ] according to proof.

CC-4. [ ]  Other:

Page   4

Form Approved for Optional Use            **CAUSE OF ACTION—Common Counts**         Code of Civil Procedure, § 425.12
Judicial Council of California                                              www.courtinfo.ca.gov
PLD-C-001(2) [Rev. January 1, 2009]

EXHIBIT A

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Smith, Timothy v. AT&T | |

ATTACHMENT *(Number):* One _____

*(This Attachment may be used with any Judicial Council form.)*

In 2020, Plaintiff received notice from the SSA that he may be the beneficiary of a pension, when he learned of this he contacted ATT, and Fidelity to company's holding his deceased wife's pension. He was told that the account had been liquidated in 2008, and was given a copy of the check showing that it was cashed. He did not sign the check and filed an affidavit of forgery with fidelity. He was told the investigtion would be completed within 120 days.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page __5__ of __7__

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2008]

**ATTACHMENT
to Judicial Council Form**

*www.courtinfo.ca.gov*

**EXHIBIT A**

# AFFIDAVIT AS TO FORGED ENDORSEMENT

I(We), _Timothy M. Smith Jr_____, being duly sworn, depose, and say:

That I(we) reside at _36-14 Rhode Ave_____
<br>                  Street

_Oakland_____
<br>        City

_Ca_____ _94602_____
<br>      State                   Zip Code

That I(we) am(are) the payee(s) of cancelled check No. _0023 42163 00_ drawn by Fidelity Investments Institutional Operations Company, Inc. on

Deutsche (Delaware), Wilmington, Delaware, dated _2-29-08_____ in the amount of $ _16,162,36_____
<br>                                                         Month/Day/Year

(hereinafter called the "Check"); that I (we) have not received the proceeds of the Check, nor any part thereof, nor any other consideration

whatsoever arising out of or in any way related to the Check, that the endorsement on the reverse side of the Check is not my signature, was not

made nor authorized by me, and that said endorsement is a forgery.

That I(we) have no knowledge of information concerning the endorsement or negotiation of the Check except as follows:

_____N /X_____

_____

If no exceptions, state "None"

_Timothy M. Smith Jr_                                 _10-28-2020_

_Timothy M. Smith Jr 10-19-2020_  _Timothy M. Smith Jr_
<br>Signature of intended payee(s)    Date         Signature of intended payee(s)           Date

State of _California_____, in the County of _ALAMEDA_____ Subscribed and sworn

to before me by the above-named Attorney-in-Fact who is personally known to me or who has

produced _____ (type of identification) as identification, that the foregoing statements

were true and accurate and made of his/her own free act and deed, on _____ (Date).

Signature of Notary Public                        Commission Expiration Date

_* Please see required Calif. Jurat_
<br>_attached →_

*A signature guarantee is not acceptable

NOTARY STAMP OR SEAL

762393.101
<br>0802

**EXHIBIT A**

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA                        }

COUNTY OF _Alameda_                      }

Subscribed and sworn to (or affirmed) before me on this _28th_ day of _October_ _2020_
                                                        Date            Month        Year

by _____ Timothy Michell Smith Jr._ _____

_____
                          Name of Signer

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____
              Signature of Notary Public

JEAN H. KIM
Notary Public – California
Alameda County
Commission # 2200973
My Comm. Expires Jul 8, 2021

Seal
Place Notary Seal Above

---------------------------- OPTIONAL ----------------------------
*Though this section is optional, completing this information can deter alteration of the document or fraudulent attachment of this form to an unintended document.*

Description of Attached Document
Title or Type of Document: _Affidavit As to Forged Endorsement_ _____

Document Date: _October 28, 2020_ _____

Number of Pages: _one_ _____

Signer(s) Other Than Named Above: _N/A_ _____

Also attached : 2pgs :. copy of the check (1 pg.)
                       . letter from Fidelity regarding File# WII5452-07OCT20

EXHIBIT A

 **CT Corporation**

**Service of Process Transmittal**
04/26/2021
CT Log Number 539457756

| | |
|---|---|
| **TO:** | Jill M Calafiore, Rm 3A119A<br>AT&T Corp.<br>One AT&T Way-<br>Bedminster, NJ 07921- |

**RE:**   **Process Served in California**

**FOR:**   AT&T Corp.  (Domestic State: NY)

---

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Timothy Smith Jr., Pltf./ vs. AT&T, et al., Dfts. // To: AT&T Corp. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Cause of Action, Attachment(s), Affidavit(s) |
| **COURT/AGENCY:** | Alameda County - Superior Court - Hayward, CA<br>Case # HG21092143 |
| **NATURE OF ACTION:** | Plaintiff suffered general damages, including, without limitation, for physical harm and mental and emotional caused by defendant's breach of the agreement |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/26/2021 at 13:17 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S) / SENDER(S):** | Tlega-Noal Varlack<br>VARLACK LEGAL SERVICES<br>225 W. Winton Avenue, Suite 207<br>Hayward, CA 94544<br>510-397-2008 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/28/2021, Expected Purge Date: 05/08/2021<br><br>Image SOP<br><br>Email Notification,  Jill M Calafiore  jcalafiore@att.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>818 West 7th Street<br>Los Angeles, CA 90017<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

**EXHIBIT A**



# PROCESS SERVER DELIVERY DETAILS

**Date:**                    Mon, Apr 26, 2021

**Server Name:**             Jim Sands

Entity Served          AT&T CORP.

Agent Name             C T CORPORATION SYSTEM

Case Number            HG219092143

Jurisdiction           CA



**EXHIBIT A**

Fax Server            3/18/2021 11:24:16 AM   PAGE   1/001   Fax Server       # 66686

03-16-21;04:44PM;Varlack Legal Services      Fax Filing Regular;5103972997      # 2/ '2

SUM-100

## SUMMONS
### (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
AT&T
Fidelity Investments and DOES 1 to 10

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Timothy Smith Jr.



FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**FILED BY FAX**
ALAMEDA COUNTY
March 17, 2021
CLERK OF
THE SUPERIOR COURT
By Keisha Ghee, Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* ALAMEDA<br>24405 Amador Street, Hayward, CA 94544 | CASE NUMBER: *(Número del Caso):*<br>**HG21092143** |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Tiega-Noel Varlack, Varlack Legal Services, 225 W. Winton Avenue, Suite 207, Hayward, CA 94544, Ph: 510.397.2008

| DATE:<br>*(Fecha)* | Clerk, by Keisha Ghee | , Deputy |
|---|---|---|
| | *(Secretario)* | *(Adjunto)* |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1.  ☐ as an individual defendant.
2.  ☐ as the person sued under the fictitious name of *(specify):*
3.  ☒ on behalf of *(specify):* AT&T Corp.
    under: ☒ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
           ☐ other *(specify):*
4.  ☐ by personal delivery on *(date)*

Page 1 of 1

| | |
|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courts.ca.gov |

**EXHIBIT A**

| Attorney or Party without Attorney:<br>TIEGA-NOEL VARLACK, Bar #248203<br>225 W. WINTON AVE<br>SUITE 207<br>Hayward, CA 94544<br>*Telephone No:* 510-397-2008       *FAX No:* 510-397-2997<br>Tiega@varlacklegal.com<br>*Attorney for:* Plaintiff | | | | *For Court Use Only*<br>**FILED BY FAX**<br>**ALAMEDA COUNTY**<br>May 11, 2021<br>CLERK OF<br>THE SUPERIOR COURT<br>By Milagros Cortez, Deputy |
|---|---|---|---|---|
| | | *Ref. No. or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>Alameda County Superior Court - Hayward Hall of Justice | | | | CASE NUMBER:<br>HG21092143 |
| *Plaintiff:* Timothy Smith Jr.<br>*Defendant:* AT&T; Fidelity Investments and Does 1 to 10 | | | | |
| **PROOF OF SERVICE**<br>**Summons and Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>HG21092143 |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons and Complaint

3. *a. Party served:*
   *b. Person served:*

Fidelity Investments c/o CT Corporation System
Daisy Montenegro, Agent Authorized to Accept on Behalf of Registered Agent CT Corporation System, Hispanic, Female, 35 Years Old, Black Hair, Brown Eyes, 5 Feet 5 Inches, 150 Pounds

4. *Address where the party was served:*

818 West Seventh Street, Suite 930
Los Angeles, CA 90017

*5. I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Apr. 26, 2021 (2) at: 11:13AM

*6. The "Notice to the Person Served" (on the Summons) was completed as follows:*
   a. as an individual defendant

7. *Person Who Served Papers:*
   a. Jim Sands
   **b. ABOINGO SERVICES**
      1684 DECOTO ROAD #309
      Union City, CA 94587
   c. (510) 783-6161, FAX (510) 783-6165

Recoverable Cost Per CCP 1033.5(a)(4)(B)
d. *The Fee for Service was:*   $37.50
e. I am: (3) registered California process server
   *(i)* Independent Contractor
   *(ii) Registration No.:*   914
   *(iii) County:*   Los Angeles

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date: Wed, Apr. 28, 2021*

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
Summons and Complaint

(Jim Sands)

6360262.223878

**EXHIBIT A**

### *Superior Court of California, County of Alameda*



### *Notice of Assignment of Judge for All Purposes*

Case Number: HG21092143
Case Title:     Smith  VS AT&T
Date of Filing: 03/17/2021

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**Pursuant to Rule 3.734 of the California Rules of Court and Title 3 Chapter 2 of the Local Rules of the Superior Court of California, County of Alameda, this action is hereby assigned by the Presiding Judge for all purposes to:**

| | |
|---|---|
| **Judge:** | **Noël Wise** |
| **Department:** | **24** |
| **Address:** | **Administration Building** |
| | **1221 Oak Street** |
| | **Oakland  CA  94612** |
| **Phone Number:** | **(510) 267-6940** |
| **Fax Number:** | **(510) 267-1509** |
| **Email Address:** | **Dept24@alameda.courts.ca.gov** |

Under direct calendaring, this case is assigned to a single judge for all purposes including trial.

**Please note: In this case, any challenge pursuant to Code of Civil Procedure section 170.6 must be exercised within the time period provided by law.  (See Code Civ. Proc. §§ 170.6, subd. (a)(2) and 1013.)**

NOTICE OF NONAVAILABILITY OF COURT REPORTERS: Effective June 4, 2012, the court will not provide a court reporter for civil law and motion hearings, any other hearing or trial in civil departments, or any afternoon hearing in Department 201 (probate). Parties may arrange and pay for the attendance of a certified shorthand reporter. In limited jurisdiction cases, parties may request electronic recording.

Amended Local Rule 3.95 states: "Except as otherwise required by law, in general civil case and probate departments, the services of an official court reporter are not normally available. For civil trials, each party must serve and file a statement before the trial date indicating whether the party requests the presence of an official court reporter."

IT IS THE DUTY OF EACH PLAINTIFF AND CROSS COMPLAINANT TO SERVE A COPY OF THIS NOTICE IN ACCORDANCE WITH LOCAL RULES.

**EXHIBIT A**

## General Procedures

Following assignment of a civil case to a specific department, all pleadings, papers, forms, documents and writings can be submitted for filing at either Civil Clerk's Office, located at the René C. Davidson Courthouse, Room 109, 1225 Fallon Street, Oakland, California, 94612, and the Hayward Hall of Justice, 24405 Amador Street, Hayward, California, 94544. All documents, with the exception of the original summons and the original civil complaint, shall have clearly typed on the face page of each document, under the case number, the following:

ASSIGNED FOR ALL PURPOSES TO
JUDGE Noël Wise
DEPARTMENT 24

All parties are expected to know and comply with the Local Rules of this Court, which are available on the court's website at: http://www.alameda.courts.ca.gov/Pages.aspx/Local-Rules(1)  and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

Parties must meet and confer to discuss the effective use of mediation or other alternative dispute processes (ADR) prior to the Initial Case Management Conference.  The court encourages parties to file a "Stipulation to Attend ADR and Delay Initial Case Management Conference for 90 Days".  Plaintiff received that form in the ADR information package at the time the complaint was filed.  The court's website also contains this form and other ADR information.  If the parties do not stipulate to attend ADR, the parties must be prepared to discuss referral to ADR at the Initial Case Management Conference.

(1) Meet and Confer Requirements are strictly enforced in Discovery Disputes. Counsel are reminded of their duty to act professionally and respectfully. (2)  Courtesy Copies delivered directly to Dept 24 are required for all motions and applications. (3) Scheduling: email is preferred for scheduling. Court is in session all day and cannot respond adequately to phone calls. (4) Other than for scheduling matters, parties MUST COPY all sides when communicating via email with the Court.  Email is NOT a substitute for filing pleadings/documents. Further, parties are reminded that the Court Clerk is prohibited from giving legal advice.

## Schedule for Department 24

The following scheduling information is subject to change at any time, without notice. Please contact the department at the phone number or email address noted above if you have questions.  Parties must confer on agreeable dates consistent with the court's schedules before contacting the clerk to reserve a date.  Email request will result in a faster response.

- Trials generally are held:  Mondays through Thursdays at 9:30 a.m.  Trial Readiness Conference set about 10 days prior to trial on Fridays at 10 am.  Compliance with Local Rule 3.35 and personal appearance of trial counsel are required on that date.

- Case Management Conferences are held:  Mondays, Wednesdays and Fridays at 9 a.m.

- Law and Motion matters are heard:  Thursdays at 9:00 a.m. Litigants must contact the clerk to reserve a date before filing any law and motion matters. The court does issue tentative rulings.  See Local Rule 3.30(c). To contest a ruling, call or e-mail Dept. 24 in a timely manner.

**EXHIBIT A**

- Settlement Conferences are heard:  MSC may be set, but court resources are limited.  Counsel are encouraged to consider alternative dispute resolution options. MSC will be specially set when deemed appropriate.

- Ex Parte matters are heard:  Fridays at 9:30 a.m.  Litigants must contact the clerk to reserve a date and time before noticing any party.

- Collection trials, prove-up hearings, and orders of examination are set on Fridays at 2 pm.

- In all matters, Counsel are expected to be familiar with the Statement of Professionalism and Civility published by the Alameda County Bar Association (www.acbanet.org).

- For L&M matters - Email Dept 24, including case name & case number, title of motion and identity of moving party. No discovery-related motion may be filed until an informal discovery conference (IDC) has been held or denied by the Court, in conformity with Alameda County Local Rule 3.31. Email Dept 24 to schedule an IDC and submit declarations in conformity with Local Rule 3.31. When requesting a hearing date for a discovery motion, include information about the IDC, including the date the IDC conference was held or denied.

## Law and Motion Procedures

To obtain a hearing date for a Law and Motion or ex parte matter, parties must contact the department as follows:

- Motion Reservations
  Email:        Dept.24@alameda.courts.ca.gov
  Phone:        510 267-6940

  Requests for Law & Motion or Ex Parte hearing dates must include: (1) Case Name; (2) Case Number; (3) Title of Motion; (4) Moving Party.

- Ex Parte Matters
  Email:        Dept.24@alameda.courts.ca.gov
  Phone:        510  267-6940

## Tentative Rulings

The court may issue tentative rulings in accordance with the Local Rules.  Tentative rulings will become the Court's order unless contested in accordance with the Local Rules. Tentative rulings will be available at:

- Website:  www.alameda.courts.ca.gov/domainweb, Calendar Information for Dept. 24

- Phone:  1-866-223-2244

**EXHIBIT A**

Dated:  03/19/2021

Facsimile

Presiding Judge,
Superior Court of California, County of Alameda

---

## CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct:  I am the clerk of the above-named court and not a party to this cause.  I served this Notice by placing copies in envelopes addressed as shown on the attached Notice of Initial Case Management Conference and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 03/22/2021

By

Digital

Deputy Clerk

**EXHIBIT A**

Varlack Legal Services
Attn:  Varlack, Tiega-Noel
225 W. Winton Avenue Suite 207
Hayward, CA  94544____

## Superior Court of California, County of Alameda

| | |
|---|---|
| Smith | No. <u>HG21092143</u> |
| **Plaintiff/Petitioner(s)** | |
| VS. | **NOTICE OF CASE MANAGEMENT** |
| | **CONFERENCE AND ORDER** |
| AT&T | Unlimited Jurisdiction |
| **Defendant/Respondent(s)** | |
| (Abbreviated Title) | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Notice is given that a Case Management Conference has been scheduled as follows:

| | | |
|---|---|---|
| Date:  **08/02/2021**<br>Time:  **09:00 AM** | Department: **24**<br>Location: **Administration Building**<br>**Third Floor**<br>**1221 Oak Street, Oakland  CA  94612**<br><br>Internet: **www.alameda.courts.ca.gov** | Judge:  **Noël Wise**<br>Clerk:  **Amani Amponsah**<br>Clerk telephone:  **(510) 267-6940**<br>E-mail:<br>**Dept24@alameda.courts.ca.gov**<br>Fax:  **(510) 267-1509** |

### ORDERS

1. **Plaintiff** must:

   a. **Serve** all named defendants and file proofs of service on those defendants with the court within 60 days of the filing of the complaint (Cal. Rules of Court, 3.110(b)); and

   b. **Give notice** of this conference to all other parties and file proof of service.

2. **Defendant must** respond as stated on the summons.

3. **All parties who have appeared before the date of the conference** must:

   a. **Meet and confer**, in person or by telephone as required by Cal. Rules of Court, rule 3.724;

   b. **File and serve** a completed *Case Management Statement* on Form CM-110  at least **15** days before the Case Management Conference (Cal. Rules of Court, rule 3.725); and

   c. **Post jury fees** as required by Code of Civil Procedure section 631.

4. If you do not follow the orders above, the court may issue an order to show cause why you should not be sanctioned under Cal. Rules of Court, rule 2.30.  Sanctions may include monetary sanctions, striking pleadings or dismissal of the action.

5. You are further ordered to appear in person or through your attorney of record at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed. You may be able to appear at Case Management Conferences by telephone.  Contact CourtCall, an independent vendor, at least three business days before the scheduled conference.  Call 1-888-882-6878, or fax a service request to (888) 882-2946.  The vendor charges for this service.

6. You may file *Case Management Conference Statements* by E-Delivery.  Submit them directly to the E-Delivery Fax Number (510) 267-5732.  No fee is charged for this service.  For further information, go to *www.alameda.courts.ca.gov/ff*.

7. The judge may place a *Tentative Case Management Order* in your case's on-line register of actions before the conference.  This order may establish a discovery schedule, set a trial date or refer the case to Alternate Dispute Resolution, such as mediation or arbitration.  Check the website of each assigned department for procedures regarding tentative case management orders at *www.alameda.courts.ca.gov/dc*.

Form Approved for Mandatory Use
Superior Court of California, County
of Alameda
ALA CIV-100 [Rev. 07-01-2015]

NOTICE OF CASE MANAGEMENT CONFERENCE AND ORDER      Page 1 of 2

**EXHIBIT A**

### CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct:  I am the clerk of the above-named court and not a party to this cause.  I served this Notice of Hearing by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 03/22/2021.

By _____

Deputy Clerk

Form Approved for Mandatory Use
Superior Court of California, County
of Alameda
ALA CIV-100 [Rev. 07-01-2015]

NOTICE OF CASE MANAGEMENT CONFERENCE AND ORDER          Page 2 of 2

**EXHIBIT A**

# Exhibit B

LAURIE E. SHERWOOD, State Bar No. 155312
lsherwood@wfbm.com
KATHERINE P. GARDINER, State Bar No. 215542
kgardiner@wfbm.com
WFBM, LLP
Attorneys at Law
One Sansome Street, Suite 1800
San Francisco, California 94104-4461
Telephone:     (415) 781-7072
Facsimile:     (415) 391-6258

ALISON LUNGSTRUM MACNEILL, Colo. Bar No. 51689
(*pro hac vice* to be filed)
Alison@campbell-litigation.com
CAMPBELL LITIGATION, P.C.
1410 N. High St.
Denver, CO 80218
Telephone: (303) 536-1833

Attorneys for Defendants Fidelity Workplace Services LLC
(incorrectly named as "Fidelity Investments") and
AT&T Services, Inc. (incorrectly named as "AT&T")

**STATE OF CALIFORNIA**

**SUPERIOR COURT FOR THE COUNTY OF ALAMEDA**

| | |
|---|---|
| TIMOTHY SMITH JR, | Case No. HG21092143 |
|        Plaintiff, | **NOTICE TO STATE COURT OF FILING NOTICE OF REMOVAL TO FEDERAL COURT** |
|        v. | |
| AT&T; FIDELITY INVESTMENTS, | |
|        Defendants. | |

**TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ALAMEDA, AND TO PLAINTIFF:**

Pursuant to 28 U.S.C. § 1446(d), Defendants AT&T Services Inc.[1] ("AT&T"), and Fidelity Workplace Services LLC[2] ("Fidelity") (jointly "Defendants") hereby notifies the Court on that

---

[1] AT&T Services, Inc. was incorrectly named as AT&T in the Complaint.

[2] Fidelity Workplace Services LLC was incorrectly named as Fidelity Services LLC in the

(footnote continued)

WALSWORTH
ONE SANSOME STREET, SUITE 1800
SAN FRANCISCO, CALIFORNIA 94104-4461
TEL (415) 781-7072 • FAX (415) 391-6258

5580054.1
4882-3.5311

May 25, 2021, it filed in the United States District Court for the Northern District of California ("Federal Court"), their Notice of Removal of this lawsuit, a copy of which its attached. Defendants respectfully advise the Court that, pursuant to 28 U.S.C. § 1446(d), the filing of the instant Notice effects the removal to Federal Court, and this Court shall proceed no further unless and until the case is remanded.

Dated:  May 25, 2021                                WFBM, LLP


By:

LAURIE E. SHERWOOD
KATHERINE P. GARDINER
Attorneys for Defendants Fidelity Workplace
Services LLC (incorrectly named as "Fidelity
Investments") and AT&T Services, Inc.
(incorrectly named as "AT&T")

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WALSWORTH
ONE SANSOME STREET, SUITE 1800
SAN FRANCISCO, CALIFORNIA 94104-4461
TEL: (415) 781-7072 • FAX (415) 391-6258

_____
Complaint.

5580054.1
4882-3.5311